

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2015

No. 04-15-00370-CR

**IN RE** Matthew Jamal **JACKSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

On June 18, 2015, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a). Relator's application for leave to file the petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on June 29, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CR0148, styled *The State of Texas v. Matthew Jamal Jackson*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ronald Rangel presiding.